# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
DARREN STAHULAK § Case No. 12-50161
 §
_____Debtor(s)_____ §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/12/14 in Courtroom 240,

Old Kane County Courthouse
100 S. Third Street
Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____    By: _____

DAVID R. BROWN
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL  60187

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
DARREN STAHULAK                       §    Case No. 12-50161
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 34,000.00 |
| and approved disbursements of | $ | 22,569.78 |
| leaving a balance on hand of[1] | $ | 11,430.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID E. GROCHOCINSKI | $ 2,489.41 | $ 0.00 | $ 2,489.41 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, PC | $ 724.80 | $ 0.00 | $ 724.80 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, PC | $ 19.70 | $ 0.00 | $ 19.70 |
| Other: Trustee Fees: DAVID R. BROWN | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: PC INNOVALAW | $ 3,417.50 | $ 0.00 | $ 3,417.50 |
| Other: PC INNOVALAW | $ 91.17 | $ 0.00 | $ 91.17 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,242.58 |
| Remaining Balance | $ 4,187.64 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,066.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN EXPRESS CENTURION BANK | $ 23,066.56 | $ 0.00 | $ 4,187.64 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,187.64 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
Trustee

DAVID R. BROWN
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL  60187

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-50161-DRC
Darren M Stahulak                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez              Page 1 of 1             Date Rcvd: Nov 17, 2014
                               Form ID: pdf006              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2014.
```
db            +Darren M Stahulak,   248 East Fourth Ave.,   Naperville, IL 60540-4701
19848735      +American Express,   American Express Special Research,    Po Box 981540,
                El Paso, TX 79998-1540
20707901       American Express Centurion Bank,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19848740     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citibank BK,   Attn: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64915)
19848736      +Cap1/bstby,   Po Box 5253,   Carol Stream, IL 60197-5253
19848737      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19848739       Citibank,   PO Box 790110,   Saint Louis, MO 63179-0110
19848742      +Hilco Receivables/Equable Ascent,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
                Buffalo Grove, IL 60089-1970
19848744      +Merchants Cr,   223 W. Jackson Blvd.,   Suite 400,   Chicago, IL 60606-6974
19848745      +North Shore Bank Ssb,   15700 W. Bluemound,   Brookfield, WI 53005-6073
19848746     #+Pentagroup Financial, LLC,   5959 Corporate Drive,   Suite 1400,   Houston, TX 77036-2311
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19848738      +E-mail/Text: merry.v.parker@citi.com Nov 18 2014 01:23:21      CITI,   4600 Houston Rd. KY6,
                Florence, KY 41042-4820
19848743       E-mail/Text: cio.bncmail@irs.gov Nov 18 2014 01:21:41      Internal Revenue Service,
                Department of the Treasury,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19848741*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Na,   Attn.:  Centralized Bankruptcy,   Po Box 20363,
                Kansas City, MO 64195)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2014                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2014 at the address(es) listed below:
```
              David  Brown, ESQ    on behalf of Accountant Alan D Lasko dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    on behalf of Trustee David E Grochocinski dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,    dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Douglas W. Worrell    on behalf of Debtor Darren M Stahulak bk@thelawoffice.us,
               dartanion1600@gmail.com
              Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, P.C. kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```