**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: STAHULAK, DARREN § Case No. 12-50161
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $107,652.00 | Assets Exempt: | $6,800.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,187.64 | Claims Discharged Without Payment: | $18,878.92 |
| Total Expenses of Administration: | $28,994.72 | | |

3) Total gross receipts of $34,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $11,605.88 (see **Exhibit 2**), yielded net receipts of $22,394.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,242.58 | $28,994.72 | $28,994.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $23,066.56 | $23,066.56 | $4,187.64 |
| **TOTAL DISBURSEMENTS** | $0.00 | $30,309.14 | $52,061.28 | $33,182.36 |

4) This case was originally filed under chapter 7 on 12/22/2012. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2015      By: /s/ David R. Brown
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Disney Time Share - Point system, no set week | 1110-000 | $34,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$34,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kimberley M. Stahulak | Spouse, as non debtor, 50% interest in time share proceeds for property known as The Disney Beach Club Villas (Unit 1G) per order entered August 9, 2013 8500-002 $-11,605.88; $11,605.88 | 8500-000 | $11,605.88 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$11,605.88** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sale of Disney Time Shares | 3510-000 | NA | NA | $17,000.00 | $17,000.00 |
| The Bank of New York Mellon | 2600-000 | NA | NA | $44.06 | $44.06 |
| GREEN BANK | 2600-000 | NA | NA | $41.31 | $41.31 |
| Sale of Disney Time Shares | 2500-000 | NA | NA | $2,323.24 | $2,323.24 |
| DAVID R. BROWN | 3110-000 | NA | $500.00 | $500.00 | $500.00 |
| Sale of Disney Time Shares | 2690-000 | NA | NA | $2,253.24 | $2,253.24 |
| Green Bank | 2600-000 | NA | NA | $80.73 | $80.73 |
| ALAN D. LASKO & ASSOCIATES, PC | 3410-000 | NA | $724.80 | $724.80 | $724.80 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | NA | $9.56 | $9.56 |
| PC INNOVALAW | 3110-000 | NA | $3,417.50 | $3,417.50 | $3,417.50 |
| ALAN D. LASKO & ASOCIATES, PC | 3420-000 | NA | $19.70 | $19.70 | $19.70 |
| PC INNOVALAW | 3120-000 | NA | $91.17 | $91.17 | $91.17 |
| DAVID E. GROCHOCINSKI | 2100-000 | NA | $2,489.41 | $2,489.41 | $2,489.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$7,242.58** | **$28,994.72** | **$28,994.72** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $0.00 | $23,066.56 | $23,066.56 | $4,187.64 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$23,066.56** | **$23,066.56** | **$4,187.64** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 12-50161 | Trustee Name: | (330580) David R. Brown |
| Case Name: | STAHULAK, DARREN | Date Filed (f) or Converted (c): | 12/22/2012 (f) |
| | | § 341(a) Meeting Date: | 02/05/2013 |
| For Period Ending: | 09/08/2015 | Claims Bar Date: | 08/01/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Citibank checking joint with wife | 275.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit on residential lease. Joint wit<br>non-filing spouse. Total deposit $3000 debtor's portion is $1500. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. household goods and furnishings. Total<br>household $2000 jointly with non-filing spouse. Debtor's portion is $1000 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. clothing and wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Reassure America $1 million term policy, no cash<br>value, spouse is beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 7 | IRA at Merrill Lynch | 77,663.00 | 0.00 | | 0.00 | FA |
| 8 | IRA at Schwab | 11,854.00 | 0.00 | | 0.00 | FA |
| 9 | Jetware USA LLC, sportsware business, 10%<br>ownership. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 Ford Mustang, 165k miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2004 Chevy Suburban, 123k miles | 2,250.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 12-50161
**Case Name:** STAHULAK, DARREN
**For Period Ending:** 09/08/2015

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 12/22/2012 (f)
**§ 341(a) Meeting Date:** 02/05/2013
**Claims Bar Date:** 08/01/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 2008 Rockwood 25 ft camper trailor | 9,660.00 | 0.00 | | 0.00 | FA |
| 13 | 2 house pets, domesticated dogs with no show or breeding value. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Disney Time Share - Point system, no set week<br>Added on Amended Schedule "B": owned 50/50 with non-filing spouse | 0.00 | 25,000.00 | | 34,000.00 | FA |
| 15 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 16 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 17 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 12-50161 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | STAHULAK, DARREN | Date Filed (f) or Converted (c): | 12/22/2012 (f) |
| | | § 341(a) Meeting Date: | 02/05/2013 |
| For Period Ending: | 09/08/2015 | Claims Bar Date: | 08/01/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 23 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 24 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 25 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 26 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 27 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 28 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 29 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 30 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 31 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 32 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 33 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 34 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

| Case No.: | 12-50161 | Trustee Name: | (330580) David R. Brown |
| Case Name: | STAHULAK, DARREN | Date Filed (f) or Converted (c): | 12/22/2012 (f) |
| | | § 341(a) Meeting Date: | 02/05/2013 |
| For Period Ending: | 09/08/2015 | Claims Bar Date: | 08/01/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 36 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 37 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 38 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 39 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 40 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 41 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 42 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 43 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | **Assets** **Totals** (Excluding unknown values) | **$107,652.00** | **$25,000.00** | | **$34,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 5

| | |
|---|---|
| **Case No.:** 12-50161 | **Trustee Name:** (330580) David R. Brown |
| **Case Name:** STAHULAK, DARREN | **Date Filed (f) or Converted (c):** 12/22/2012 (f) |
| | **§ 341(a) Meeting Date:** 02/05/2013 |
| **For Period Ending:** 09/08/2015 | **Claims Bar Date:** 08/01/2013 |

**Major Activities Affecting Case Closing:**

Trustee will be doing the Final Report when EPIQ fixes Form 2 (they incorrectly coded transfer from Grochocinski's bank account to David Brown's bank account and it doubled the net receipts) [SYSTEM 2014-04-25 05:00:00]

**Initial Projected Date Of Final Report (TFR):** 06/30/2014    **Current Projected Date Of Final Report (TFR):** 10/30/2014

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-50161 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | STAHULAK, DARREN | Bank Name: | GREEN BANK |
| Taxpayer ID #: | **-***8209 | Account #: | ********6101 - Checking Checking Account |
| For Period Ending: | 09/08/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/2013 | | TRCS, Inc., Escrow Account | Sale of Disney Time Shares | | 23,211.76 | | 23,211.76 |
| | {14} | TRCS, Inc., Escrow Account | Sale of Disney Time Shares $34,000.00 | 1110-000 | | | 23,211.76 |
| | | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$1,931.42 | 2690-000 | | | 23,211.76 |
| | | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$321.82 | 2690-000 | | | 23,211.76 |
| | | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$1,931.42 | 2500-000 | | | 23,211.76 |
| | | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$35.00 | 2500-000 | | | 23,211.76 |
| | | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$321.82 | 2500-000 | | | 23,211.76 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-50161 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | STAHULAK, DARREN | Bank Name: | GREEN BANK |
| Taxpayer ID #: | **-***8209 | Account #: | ********6101 - Checking Checking Account |
| For Period Ending: | 09/08/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$35.00 | 2500-000 |  |  | 23,211.76 |
|  |  | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$3,400.00 | 3510-000 |  |  | 23,211.76 |
|  |  | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$8,500.00 | 3510-000 |  |  | 23,211.76 |
|  |  | TRCS, Inc., Escrow Account | Sale of Disney Time Shares -$5,100.00 | 3510-000 |  |  | 23,211.76 |
| 12/19/2013 | 3001 | Kimberley M. Stahulak | Spouse, as non debtor, 50% interest in time share proceeds for property known as The Disney Beach Club Villas (Unit 1G) per order entered August 9, 2013 8500-002 $-11,605.88 | 8500-000 |  | 11,605.88 | 11,605.88 |
| 12/31/2013 |  | Green Bank | Bank Service Fee | 2600-000 |  | 26.58 | 11,579.30 |
| 01/31/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | 19.89 | 11,559.41 |
| 02/28/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | 16.84 | 11,542.57 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 12-50161 | |
| Case Name: | STAHULAK, DARREN | |
| Taxpayer ID #: | **-***8209 | |
| For Period Ending: | 09/08/2015 | |

| | | |
|---|---|---|
| Trustee Name: | David R. Brown (330580) | |
| Bank Name: | GREEN BANK | |
| Account #: | ********6101 - Checking Checking Account | |
| Blanket Bond (per case limit): | $77,173,558.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 17.42 | 11,525.15 |
| 04/02/2014 | 3002 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455 2/01/14 to 2/10/15 2300-000 $-9.56 | 2300-000 | | 9.56 | 11,515.59 |
| 05/24/2014 | | GREEN BANK | service charge | 2600-000 | | 41.31 | 11,474.28 |
| 06/23/2014 | | Estate of DARREN STAHULAK, 12-50161 | Fund transfer from original to successor trustee | 9999-000 | | 11,474.28 | 0.00 |
| | | **COLUMN TOTALS** | | | 23,211.76 | 23,211.76 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 11,474.28 | |
| | | **Subtotal** | | | 23,211.76 | 11,737.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$23,211.76** | **$11,737.48** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-50161 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | STAHULAK, DARREN | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***8209 | Account #: | **********7621 - Checking Checking |
| For Period Ending: | 09/08/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/23/2014 | | Estate of DARREN STAHULAK, 12-50161 | Fund transfer | 9999-000 | 11,474.28 | | 11,474.28 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 11,464.28 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.04 | 11,447.24 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.02 | 11,430.22 |
| 01/26/2015 | 1001 | DAVID R. BROWN | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | 500.00 | 10,930.22 |
| 01/26/2015 | 1002 | DAVID E. GROCHOCINSKI | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 2,489.41 | 8,440.81 |
| 01/26/2015 | 1003 | PC INNOVALAW | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | 3,417.50 | 5,023.31 |
| 01/26/2015 | 1004 | PC INNOVALAW | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | 91.17 | 4,932.14 |
| 01/26/2015 | 1005 | PC ALAN D. LASKO & ASSOCIATES | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | 724.80 | 4,207.34 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 10

## Cash Receipts And Disbursements Record

| Case No.: | 12-50161 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | STAHULAK, DARREN | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***8209 | Account #: | **********7621 - Checking Checking |
| For Period Ending: | 09/08/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/26/2015 | 1006 | PC ALAN D. LASKO & ASOCIATES | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | 19.70 | 4,187.64 |
| 01/26/2015 | 1007 | AMERICAN EXPRESS CENTURION BANK | Final distribution to claim 1 representing a payment of 18.15 % per court order. | 7100-000 | | 4,187.64 | 0.00 |
| | | | **COLUMN TOTALS** | | 11,474.28 | 11,474.28 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 11,474.28 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,474.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $11,474.28 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 11

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-50161 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | STAHULAK, DARREN | **Bank Name:** | The Bank of New York Mellon | |
| **Taxpayer ID #:** | **-***8209 | **Account #:** | **********7621 - Checking Checking | |
| **For Period Ending:** | 09/08/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ********6101 - Checking Checking Account | $23,211.76 | $11,737.48 | $0.00 |
| **********7621 - Checking Checking | $0.00 | $11,474.28 | $0.00 |
| | **$23,211.76** | **$23,211.76** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**